EILEEN M. DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney                    JS-6
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2727
   Facsimile: (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. EDCV 14-1964 JFW (DTBx) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $44,700 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| BLAINE NICASTRO, | ) |
| Claimant. | ) |

     This action was filed on September 22, 2014 against the defendant $44,700.00 in U.S. currency. Blaine NiCastro

1

("NiCastro") claims an interest in the defendant $44,700.00 in U.S. currency. No other parties other than NiCastro have appeared in this case and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and NiCastro have reached an agreement that is dispositive of the action. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by NiCastro. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $44,700.00 in U.S. currency other than NiCastro are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $44,700 in U.S. currency and all interest earned on the entirety of the defendant funds since seizure, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said funds in accordance with law.

4. NiCastro has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim

for attorney's fees, costs or interest which may be asserted on behalf of NiCastro, whether pursuant to 28 U.S.C. § 2465 or otherwise.

    5. The court finds that there was reasonable cause for the seizure of the defendant $44,700.00 in U.S. currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: August 13, 2015

                    THE HONORABLE JOHN F. WALTER
                    UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: August 13, 2015        EILEEN M. DECKER
                              United States Attorney
                              LAWRENCE MIDDLETON
                              Assistant United States Attorney
                              Chief, Criminal Division
                              STEVEN R. WELK
                              Assistant United States Attorney
                              Chief, Asset Forfeiture Section


                                   */s/ Jonathan Galatzan*
                              JONATHAN GALATZAN
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America

DATED: August 12, 2015


                                    */s/ Dante Ardite*
                              DANTE ARDITE, ESQ.
                              Attorney for Claimant
                              BLAINE NICASTRO


DATED: August 11, 2015          */s/ Blaine NiCastro*
                              BLAINE NICASTRO,
                              Claimant